IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRITTNEY MILLS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | No. 14-593 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **5th** day of **October 2023**, upon review of Defendant Michael Alice, Timothy Dunne, Thomas Liciardello, and John Speiser's Motions for Summary Judgment (ECF 66, 68, 69), Plaintiff Brittney Mills's Responses (ECF 74, 93, 95), and Defendants' Replies (ECF 80, 82, 96), and consistent with the accompanying memorandum of law, it is **ORDERED** that:

1. The Clerk of Court shall **STRIKE** Plaintiff's non-complaint filing docketed at ECF 92;

2. Defendant Alice's Motion for Summary Judgment (ECF 66) is **GRANTED** and **JUDGMENT IS ENTERED** in his favor and against Mills with respect to all counts against Alice;

3. Defendant Liciardello and Speiser's Motion for Summary Judgment (ECF 69) is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Liciardello and Speiser and against Mills with respect to all counts against Liciardello and Speiser; and

4. The Motion for Summary Judgment by Defendants the City of Philadelphia and Officer Dunne (ECF 68) is **GRANTED** only to the extent that it seeks summary judgment on Dunne's behalf. **JUDGMENT IS ENTERED** in favor of Dunne and against Mills with respect to all counts against Dunne.

Still remaining for decision in this matter are the City's Motion to Preclude the Testimony

and Report of Plaintiff's Expert Shaun T. Santos (ECF 70), and, to the extent that it pertains to the City, the Motion for Summary Judgment filed on behalf of the City and Dunne (ECF 68).

BY THE COURT:

_____
Berle M. Schiller, J.